IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BANK OF AMERICA N.A.,

    Plaintiff,

v.                                  CASE NO.  1:22cv229-RH-ZCB

MAXINE EARLY JONES et al.,

    Defendants.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. The report and recommendation correctly concludes that there is no basis for federal jurisdiction over the complaint and that removal thus was improper. This order adopts the report and recommendation as the court's opinion on that issue. In the absence of an objection, this order does not revisit the conclusion that, as a matter of discretion, attorney's fees should not be awarded.

    IT IS ORDERED:

The report and recommendation is accepted. This case is remanded to the Circuit Court, Eighth Judicial Circuit, Alachua County, Florida. The clerk must take all steps necessary to effect the remand. The clerk must close the file.

SO ORDERED on December 15, 2022.

s/Robert L. Hinkle<br>United States District Judge